**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6376**

HARRY THOMAS NETHKEN, JR.,

Plaintiff - Appellant,

versus

BOB BELL, Monongalia County Commission
President; ANSEL KENNEDY, Monongalia County
Commissioner; JOHN PYLES, Monongalia County
Commissioner, JOE BARTOLO, Monongalia County
Sheriff; AL KISNER, Chief Deputy; TODD FORBES,
Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge. (CA-01-125)

Submitted:  May 30, 2002          Decided:  June 6, 2002

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Harry Thomas Nethken, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry Thomas Nethken, Jr., appeals the recommendation of the magistrate judge dismissing certain parties and claims in this § 1983 action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2